(124 So. 915)

**C. M. LYONS v. STATE. (1 Div. 562.)**

Supreme Court of Alabama. Oct. 31, 1929.

Charlie C. McCall, Atty. Gen., and Gordon, Edington & Leigh, of Mobile, for the State.

Outlaw, Kilborn & Smith, of Mobile, opposed.

GARDNER, J. C. M. Lyons having been convicted of trespass after warning appealed to the Court of Appeals, and the judgment of conviction being there reversed, the state now applies for certiorari to the Court of Appeals to review and revise its said judgment and decision in said cause, 124 So. 915.

Writ denied on authority of Havard v. State ante, p. 359, 124 So. 915.

ANDERSON, C. J., and BROWN and FOSTER, JJ., concur.